**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case #769 / b9a_7cna.jsp) (12/10)      Case Number **11–12805–ABC**

# UNITED STATES BANKRUPTCY COURT
District of Colorado

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 2/16/11.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

## Read All Pages of this Document for Important Information and Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Martin L. Hutcheson
dba Tiffanies, LLC, fdba Allquest Colorado Realty,
LLC, fdba MTJ Investments
2814 Sunstone Dr.
Fort Collins, CO 80525

| | |
|---|---|
| Case Number:<br>11–12805–ABC | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–9094 |
| Attorney for Debtor(s) (name and address):<br>James L. Leerssen<br>1416 Grand Ave.<br>Windsor, CO 80550–5815<br>Telephone number:  (970) 686–2000 | Bankruptcy Trustee (name and address):<br>Daniel A. Hepner<br>9101 Harlan St.<br>Ste. 260<br>Westminster, CO 80031<br>Telephone number:  ( )303–444–5141 |

## Meeting of Creditors
Date:  **March 18, 2011**                                Time:  **10:00 AM**
Location:  **Larimer County Courthouse Bldg, 200 W. Oak, Fort Collins, CO 80521**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 5/17/11**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

## Deadline to Provide Documents and Notice of Possible Dismissal:
*For cases filed on or after October 17, 2005*

Pursuant to 11 U.S.C. §521(e)(2), Federal Bankruptcy Rule 4002 and L.B.R. 1017–2, no later than *seven* court days prior to the original date set for the first meeting of creditors, the debtor shall provide to the case trustee a copy of the Federal income tax return required under applicable law, or a transcript of such return, for the most recent tax year ending immediately before the commencement of the case and for which a Federal income tax return is filed, and provide the same tax information to creditors that requested a copy at least *fourteen* days prior to the meeting of creditors. The failure to comply will result in dismissal of the debtor's case unless the debtor demonstrates that the failure to so comply is due to circumstances beyond the control of the debtor. L.B.R. 1017–2.

Pursuant to Federal Bankruptcy Rule 4002, the debtor shall bring the meeting of creditors: 1) picture identification issued by a governmental unit, or other personal identifying information that establishes the debtor's identity and evidence of a social security number or a written statement that such documentation does not exist; 2) documents or copies or a written statement that such documentation does not exist of a) current income such as the most recent payment advice, pay stub, or earnings statement; b) statements for each of the debtor's

depository (bank, credit union) and investment accounts for the time period that includes the date of the filing of the petition; and 3) documentation of monthly expenses claimed by a debtor as required under 11 U.S.C. §707(b)(2)(A) or (B).

| **Address of the Bankruptcy Clerk's Office:**<br>US Bankruptcy Court<br>US Custom House<br>721 19th St.<br>Denver, CO 80202–2508<br>Telephone number:  720–904–7300 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>s/ Bradford L. Bolton |
|---|---|
| Hours Open:  Monday – Friday 8:00 AM – 5:00 PM | Date:  2/17/11 |

# EXPLANATIONS
<span style="float:right">FORM B9A_7cna (12/10)</span>

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Appointment of Interim Trustee | The person designated as Bankruptcy Trustee on the front side of this form has been selected as Interim Trustee of the estate of the captioned debtor(s) and the trustee's previously–filed blanket bond is approved. Unless another trustee is elected at the meeting of creditors, the trustee shall serve without further appointment or qualification. The trustee is deemed to have accepted the appointment, unless the trustee notifies the Court and the U. S. Trustee in writing of any rejection within five days after receipt of notice of selection. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a2), (4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Trustee's Sale of Assets | At the meeting of creditors, the trustee may announce an intention to sell nonexempt tangible property of the estate if the aggregate gross value of all nonexempt property is less than $2,500. Any objections to said announcement must be filed in writing with the clerk and served upon the trustee within 15 days of the meeting. |

## —— Refer to Other Side for Important Deadlines and Notices ——

# CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: gentd          Page 1 of 2          Date Rcvd: Feb 17, 2011
Case: 11-12805               Form ID: 769          Total Noticed: 55
```

The following entities were noticed by first class mail on Feb 19, 2011.
```
db           +Martin L. Hutcheson,    2814 Sunstone Dr.,    Fort Collins, CO 80525-5690
aty           James L. Leerssen,    1416 Grand Ave.,    Windsor, CO  80550-5815
12932969      Account Brokers Of Larimer County,    1417 S. College Ave.,    Fort Collins, CO  80524-4115
12932970      Advanced Medical Imaging,    P.O. Box 12290,    Denver, CO  80212-0290
12932972     +Annie Berndt, Attorney,    5754 W. 11th St., Suite 100,    Greeley, CO 80634-4811
12932973     +Barbara A. Strick,    5804 Park Ridge Ct.,    Fort Collins, CO 80528-8906
12932975     +Blacks Glass,    360 Jefferson St.,    Fort Collins, CO 80524-2415
12932976     +Bonded Adjusting Service,    P.O. Box 102,    Fort Collins, CO 80522-0102
12932977      CCB Credit Services, Inc.,    P.O. Box 272,    Springfield, IL  62705-0272
12932978     +Citi Bank,    P.O. Box 6094,    Sioux Falls, SD 57117-6094
12932979     +Citibank Student Loan Corp.,    P.O. Box 6094,    Sioux Falls, SD 57117-6094
12932980     +City Of Longmont,    350 Kimbark St.,    Longmont, CO 80501-5551
12932982     +Crestwood Management,    P.O. Box 22630,    Cleveland, OH 44122-0630
12932983     +Daily Reporter Herald,    201 E. 5th St.,    Loveland, CO 80537-5605
12932984     +Devenei D. Ball, Attorney,    5754 W. 11th St., Suite 100,    Greeley, CO 80634-4811
12932985      Diversified Adjustments,    P.O. Box 32145,    Fridley, MN  55432-0145
12932986     +Emergency Physicians Of The Rockies,    P.O. Box 7179,    Loveland, CO 80537-0179
12932987     +Everitt Companies,    3003 E. Harmony Rd., Suite 400,    Fort Collins, CO 80528-9669
12932989     +Francy Law Firm,    2258 Larimer St., Suite A,    Denver, CO 80205-2023
12932990     +Gregory S. Bell, Attorney,    322 E. Oak St.,    Fort Collins, CO 80524-2915
12932991     +Hasler, Fonfara And Goddard, LLP,    125 S. Howes St., Sixth Floor,    Fort Collins, CO 80521-2737
12932992      Home Depot Credit Services,    P.O. Box 653000,    Dallas, TX  75265-3000
12932993     +Jason R. Wolfe, Attorney,    5754 W. 11th St., Suite 100,    Greeley, CO 80634-4811
12932994     +Joel Cardis, Attorney,    2006 Swede Rd., Suite 100,    E. Norristown, PA 19401-1787
12932998     +Mountain Crest Behavioral Healthcare,    4601 Corbett Dr.,    Fort Collins, CO 80528-9579
12932999     +North Range Behavioral Health,    1300 N. 17th Ave.,    Greeley, CO 80631-9584
12933002     +Poudre Valley REA,    P.O. Box 272550,    Fort Collins, CO 80527-2550
12933004     +Professional Recovery Services, Inc.,    P.O. Box 432,    Longmont, CO 80502-0432
12933006     +Richard A. Strick,    5804 Park Ridge Ct.,    Fort Collins, CO 80528-8906
12933007      Sam's Club/GEMB-Atlanta,    P.O. Box 530942,    Atlanta, GA  30353-0942
12933008     +Service Master,    3054 Lake Canal Ct., #120,    Fort Collins, CO 80524-8423
12933009      Silverman & Borenstein, PLLC,    1311 E. Briarwood Ave., Suite 340,    Centennial, CO  80112
12933010     +Source Gas,    P.O. Box 660474,    Dallas, TX 75266-0474
12933012     +Timothy L. Goddard, Attorney,    125 S. Howes St., Sixth Floor,    Fort Collins, CO 80521-2737
12933013     +Town Of Windsor,    301 Walnut St.,    Windsor, CO 80550-5141
12933015     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank Cardmember Services,    P.O. Box 790084,
              St. Louis, MO  63179-0084)
12933016     +US Cable,    111 W. South 1st St.,    Johnstown, CO 80534-9232
12933017      Wells Fargo Dealer Services, Inc.,    P.O. Box 25341,    Santa Ana, CA  92799-5341
12933018      Wells Fargo Home Mortgage,    P.O. Box 660455,    Dallas, TX  75266-0455
12933019     +Xcel Energy-Denver,    P.O. Box 840,    Denver, CO 80201-0840
```
The following entities were noticed by electronic transmission on Feb 17, 2011.
```
tr           +EDI: QDAHEPNER.COM Feb 17 2011 22:43:00     Daniel A. Hepner,    9101 Harlan St.,   Ste. 260,
              Westminster, CO 80031-2926
ust           +E-mail/Text: ustp.region19@usdoj.gov                           US Trustee,    999 18th St.,
              Ste. 1551,    Denver, CO 80202-2415
12932971      EDI: AFNIRECOVERY.COM Feb 17 2011 22:43:00     AFNI,    P.O. Box 3517,
              Bloomington, IL  61702-3517
12932974     +E-mail/Text: kflores@bcservice.com                             BC Services, Inc.,    451 21st Ave.,
              Longmont, CO 80501-1421
12932981     +EDI: CCS.COM Feb 17 2011 22:43:00     Credit Collection Services,    Two Wells Ave.,
              Newton, MA 02459-3246
12932988     +EDI: AMINFOFP.COM Feb 17 2011 22:43:00     First Premier Bank,    P.O. Box 5519,
              Sioux Falls, SD 57117-5519
12932996      EDI: LTDFINANCIAL.COM Feb 17 2011 22:43:00     LTD Financial Services, LP,    P.O. Box 630788,
              Houston, TX  77263-0788
12932995     +EDI: RMSC.COM Feb 17 2011 22:43:00     Lowe's/GEMB,    P.O. Box 530914,    Atlanta, GA  30353-0914
12932997     +EDI: MID8.COM Feb 17 2011 22:43:00     Midland Funding, LLC,    P.O. Box 603,
              Oaks, PA 19456-0603
12933000     +EDI: PINNACLE.COM Feb 17 2011 22:43:00     Pinnacle Financial Group,
              7825 Washington Ave. S., Suite 310,    Minneapolis, MN 55439-2424
12933001      E-mail/Text: ag8@pvhs.org                                      Poudre Valley Health System,    P.O. Box 20060,
              Fort Collins, CO 80522-2560
12933003     +E-mail/Text: APOPE@PFCCOLLECTS.COM                             Professional Finance Company,
              5754 W. 11th St., Suite 100,    Greeley, CO 80634-4811
12933005     +E-mail/PDF: bncnotice@pscu.org Feb 18 2011 00:54:27     Public Service Credit Union,
              7055 E. Evans Ave.,    Denver, CO 80224-2403
12933011      EDI: AISTMBL.COM Feb 17 2011 22:43:00     T-Mobile,    P.O. Box 790047,
              St. Louis, MO  63179-0047
12933014      EDI: URSI.COM Feb 17 2011 22:43:00     United Recovery Systems, LP,    P.O. Box 722929,
              Houston, TX  77272-2929
12933019     +EDI: XCELENERGY.COM Feb 17 2011 22:43:00     Xcel Energy-Denver,    P.O. Box 840,
              Denver, CO 80201-0840
                                                                                              TOTAL: 16
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 1082-1        User: gentd            Page 2 of 2           Date Rcvd: Feb 17, 2011
Case: 11-12805             Form ID: 769           Total Noticed: 55

             ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 19, 2011          Signature: