UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In Re:

MARTIN L. HUTCHESON, **Debtor(s),**

WELLS FARGO BANK, N.A., Successors, Assigns, Servicers, Investors and Trustees, **Movant.**

Chapter 7
Case No. 11-12805-ABC

---

### NOTICE OF APPEARANCE AND REQUEST TO RECEIVE NOTICES

---

PLEASE TAKE NOTICE that WELLS FARGO BANK, N.A., Successors, Assigns, Servicers, Investors and Trustees, hereinafter ("*Movant*") appears herein by its counsel, Aronowitz & Mecklenburg, LLP, and requests, pursuant to Bankruptcy Rules 2002 and 9007, and Sections 102(1), 342, and 1109(b) of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following: **Susan J. Hendrick, Aronowitz & Mecklenburg, LLP, 1199 Bannock Street, Denver, Colorado 80204 or by electronic transmission to email address bk@amlawco.com.**

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, electronic transmission or otherwise: (1) which affect or seek to affect in any way any rights or interests of Creditor with respect to (a) the Debtor; (b) property or proceeds thereof in which the Debtor may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment, or other conduct by Creditor.

DATED: February 22, 2011.

ARONOWITZ & MECKLENBURG, LLP

Susan J. Hendrick, No. 33196
Stacey L. Aronowitz, No. 36290
Monica Kadrmas, No. 34904
Andrea Rickles-Jordan, No. 39005
1199 Bannock Street
Denver, Colorado 80204
Telephone: (303) 813-1177
Telecopier: (303) 813-1107
Email Address: bk@amlawco.com

E-FILED ORIGINAL
Date: Feb 22,
2011 Document to be
retained in file of
Susan J. Hendrick

## Certificate of Service

  I hereby certify that true and correct copies of the foregoing were duly mailed, postage prepaid, on February 23, 2011, to the following:

James L. Leerssen
1416 Grand Ave.
Windsor, CO 80550-5815

Daniel A. Hepner
9101 Harlan Street, Suite 260
Westminster, CO 80031

Martin L. Hutcheson
2814 Sunstone Dr.
Fort Collins, CO 80525

/s/ Tyler Clarke