UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

*In Re*:  Chapter 7
Case No. 11-12805-ABC

MARTIN L. HUTCHESON, **Debtor(s),**

WELLS FARGO BANK, N.A., Successors, Assigns, Servicers, Investors and Trustees, Movant.

**MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER (RE: MOTION FOR RELIEF FROM AUTOMATIC STAY)**

On February 22, 2011, WELLS FARGO BANK, N.A., filed a motion pursuant to Local Bankruptcy Rule 4001-1 entitled Motion for Relief from Automatic Stay, (Docket No. 11. Movant hereby verifies under penalty of perjury and shows the Court:

1. Service of the notice and motion were timely made on all parties against whom relief is sought pursuant to L.B.R. 4001-1(a), or in the manner permitted by an order of the Court, (Docket No. 111, as is shown on the certificate of service previously filed with the notice.

2. A hearing on said motion/application was scheduled for March 24, 2011 at 9:00am.

3. No objections to or requests for hearing on the motion were received by the undersigned or filed with the Court or, if filed, were withdrawn.

WHEREFORE, Movant prays that the Court forthwith enter an order, a form of which was submitted to the Court with the Motion (Docket No. 11, granting the requested relief.

DATED: March 24, 2011                    ARONOWITZ & MECKLENBURG, LLP

/s/ *Susan J. Hendrick,*

Susan J. Hendrick, #33196
1199 Bannock Street
Denver, Colorado   80204
Telephone:  (303) 813-1177
Telecopier:  (303) 813-1106
Email Address:  bk@amlawco.com

E-FILED ORIGINAL
Date: Mar 24, 2011
Document to be retained in file of Susan J. Hendrick,